# AFFIDAVIT

I, Chad A. Cable, a Special Agent of the Department of Homeland Security Investigations, being duly sworn, upon my oath depose and state:

## INTRODUCTION

1. I have been employed as a Special Agent with the Department of Homeland Security, Homeland Security Investigations since 2009. Prior to that I was employed with the United States Secret Service as a Uniformed Officer and as a Special Agent from 2002 to 2009. In my current capacity, I am assigned to the Homeland Security Investigations Fraud Task Force located in Detroit, Michigan. As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2. I have investigated a number of federal crimes, including non-citizen voting, child exploitation, network intrusion, narcotics purchased on the dark web, counterfeit currency, financial fraud, and threats to protectees of the United States. I have gained experience in conducting such investigations through training and everyday work related to these types of cases. Additionally, I have been trained and worked as a digital forensic agent since 2007 with the United States Secret Service and Homeland Security Investigations and have a master's degree in

computer forensics and cybercrimes from the University College of Dublin, Ireland.

3. This affidavit is being submitted to establish probable cause for a summons for VICTORIA VIKTOROVNA AQUILINA, a national of Russia, for violation of 18 U.S.C. § 611(a) – Voting by an Alien in a Federal Election.

4. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I and others have learned during the course of this investigation. Rather, the affidavit sets forth sufficient facts to establish probable cause that AQUILINA engaged in criminal conduct.

## PROBABLE CAUSE

5. Through the course of my investigation, I have reviewed the Alien File for AQUILINA. Records from that Alien File establish that AQUILINA is a Russian national who first entered the United States on or about October 3, 2005 on a J-1 visa (au pair program) under the name Victoria Viktorovna Apukhtina, using her Russian passport. AQUILINA has never become a naturalized citizen of the United States.

6. On November 5, 2024, the United States held a federal election for the President of the United States and other offices. Through the course of my

investigation, I have learned that AQUILINA resided in Birmingham, Michigan at that time.

7. Through the course of my investigation, I subpoenaed voting records from the Birmingham City Clerk concerning AQUILINA. The City Clerk provided a copy of AQUILINA's Voting Record, which indicates that AQUILINA voted in the November 5, 2024 election. The City Clerk also provided a copy of what the Clerk described as the "Nov 5, 2024 in person Election Day App to Vote." A redacted image of that Application to Vote is included here:



ELECTION DAY

Application to Vote – Poll List

*Picture Identification Requirement:*
All Michigan voters must show a Michigan driver's license, a Michigan personal identification card or some other acceptable form of picture identification before voting. A voter who is unable to show picture identification can vote after signing an affidavit attesting that the voter is not in possession of picture identification.

Election Date NOV 05 2024

Precinct 4

ELECTION INSPECTOR COMPLETES

☐ ABSENT VOTER BALLOT SURRENDERED

☐ ABSENT VOTER BALLOT VOTED

Absent Ballot No. ☐ Verified

Ballot Style

Ballot No. 569

Voter No. (POLL BOOK) 567

ELECTION INSPECTOR INITIALS ▶ CAR

☐ ID AFFIDAVIT ON REVERSE COMPLETED

PRINT NAME: Victoria Aquilina [redacted] DATE OF BIRTH

RESIDENCE ADDRESS: [redacted] Birmingham

MI 48009

I certify that I am a United States citizen and a registered and qualified elector in this precinct, and hereby make application to vote at this election.

SIGN HERE X

SIGNATURE OF VOTER

FORM NO. 677 (03/24) PRINTING SYSTEMS • 1-800-[illegible]

I have reviewed AQUILINA's printed handwriting and signature from various documents in her Alien File. The handwriting and signature on the Application to Vote appear to be AQUILINA's. The residence address and date of birth also match those reported by AQUILINA in AQUILINA's Alien File.

**CONCLUSION**

8. Based on the foregoing, there is probable cause to believe that VICTORIA VIKTOROVNA AQUILINA has committed the offense of Voting by an Alien in a Federal Election, in violation of 18 U.S.C. § 611(a).

Chad A. Cable, Special Agent
Department of Homeland Security
Investigations

Acknowledged before me in Wayne County, Michigan, on September 18, 2026 by Chad A. Cable.

Notary Public
Theresa M. Boyer
County Oakland
Acting in the County of Wayne

THERESA M BOYER
Notary Public, State of Michigan
County of Oakland
My Commission Expires Jul. 22, 2031
Acting in the County of Wayne